UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Misc. No. 11-331 |
| v. | ) | |
| | ) | (Related to Cr. No. 11-56) |
| SANJAR ALAMANOV, | ) | |
| Defendant, | ) | |
| CITIZEN'S BANK, and its successors and assigns, | ) | ELECTRONICALLY FILED |
| Garnishee. | ) | |

## ORDER OF COURT

AND NOW, this 15th day of Nov., 2011, upon consideration of the United States' Application for Writ of Garnishment, the Clerk of the United States District Court is hereby ordered to issue a Writ of Garnishment directed to Citizen's Bank.

_____
UNITED STATES DISTRICT JUDGE