UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Misc. No. 11-331 |
| v. | ) | (Related to Cr. No. 11-56) |
| SANJAR ALAMANOV, | ) | |
| Defendant, | ) | |
| CITIZEN'S BANK, and its successors and assigns, | ) | ELECTRONICALLY FILED |
| Garnishee. | ) | |

## ORDER OF COURT

AND NOW, this __15th__ day of __Mar__, 20__11__, upon consideration of the United States' Application for Writ of Garnishment, the Clerk of the United States District Court is hereby ordered to issue a Writ of Garnishment directed to Citizen's Bank.

_____
UNITED STATES DISTRICT JUDGE