UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Misc. No. 11-331 |
| ) | |
| v. ) | |
| ) | (Related to Cr. No. 11-56) |
| SANJAR ALAMANOV, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| CITIZEN'S BANK, ) | |
| and its successors and assigns, ) | ELECTRONICALLY FILED |
| ) | |
| Garnishee. ) | |
| ) | |

## FINAL ORDER OF GARNISHMENT

An Application for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Garnishee has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due Defendant, in the form of a checking account with a balance of $1,492.42 after the $300.00 statutory exemption and the $125.00 Garnishee's processing fee.

The Defendant was served with a copy of the Writ of Garnishment and notified of his right to a hearing. The Defendant has not requested a hearing to determine exempt property.

Whereupon the Court, having considered the Application for a Writ of Garnishment against the property of the Defendant, the Answer of the Garnishee, and noting that the Defendant has not exercised his right to request a hearing, now finds that the entry of the final order of garnishment is in all respects proper.

IT IS THEREFORE ORDERED that the Garnishee pay to Plaintiff, United States of America $1,492.42.

IT IS FURTHER ORDERED that this sum be applied upon the judgment entered in this case on September 9, 2011. The present balance due and owing as of March 9, 2012, is $65,460.00. Checks must include **"Criminal Number 11-56"** in the lower left corner and be made payable to the **"Clerk of Court"** and mailed to:

> Clerk of Court
> P.O. Box 1805
> Pittsburgh, PA  15230

This ___16th___ day of ___March___, ___12___.

_____
United States District Judge